```
                                                      TERMED MAG-5
                                                      TRANSF
                       U.S. District Court
       USDC for the Eastern District of Louisiana (New Orleans)

            CIVIL DOCKET FOR CASE #: 04-CV-2480


Azubuko v. Educational, et al                         Filed: 09/08/04
Assigned to: Judge G. Thomas Porteous, Jr.   Jury demand: None
Demand: $0,000                               Nature of Suit: 190
Lead Docket: None                            Jurisdiction: US Plaintiff
Dkt# in other court: None

Cause: 42:1981 Civil Rights


CHUKWUMA E AZUBUKO            Chukwuma E Azubuko
     plaintiff                [COR LD NTC] [PRO SE]
                              P.O. Box 1351
                              Boston, MA 02117-1351
                              617-522-9163


     v.


- THE EDUCATIONAL RESOURCES
INSTITUTE (TERI)
     defendant


UNIVERSITY OF
MASSACHUSETTS/BOSTON
     defendant


MASSACHUSETTS' BOSTON
MUNICIPAL COURT
     defendant


MASSACHUSETTS APPEALS COURT
     defendant


UNITED STATES OF AMERICA
     defendant
```



CLERK'S OFFICE
A TRUE COPY

Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans

Proceedings Include All Events
2:04cv2480 Azubuko v. Educational, et al                          TERMED MAG-5
                                                                  TRANSF

| Date | # | Entry |
|---|---|---|
| 9/8/04 | 1 | IMG COMPLAINT; no summons(es) issued (plh) [Entry date 09/23/04] |
| 9/8/04 | 2 | IMG Findings/Report and Recommendation by Magistrate Judge Alma Chasez recommending that pla's suit be transferred to USDC for the District of Massachusetts Date Signed: 9/7/04 Date of Mailing: 9/23/04 (plh) [Entry date 09/23/04] |
| 9/9/04 | 3 | IMG PLAINTIFF'S 1ST AMENDED complaint [1-1]; adding USA; (no summons issd) (dmg) [Entry date 10/01/04] |
| 10/4/04 | 4 | IMG Objection to Findings/Report and Recommendation by plaintiff Chukwuma E Azubuko [2-1] (bc) [Entry date 10/05/04] |
| 12/15/04 | 5 | ORDER adopting Mag Judge's report & recommendation [2-1]; pla's case is transferred to Dist of: Massachusetts by Judge G. T. Porteous Jr. Date Signed: 12/13/04 (CASE CLOSED) (dmg) [Entry date 12/15/04] |