```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS


CHUKWUMA E. AZUBUKO,              )
          Plaintiff,              )
                                  ) Civil Action: 04-12690-NMG
     v.                           )
                                  )
THE EDUCATIONAL RESOURCES         )
INSTITUTE, ET AL.,                )
          Defendants.             )
_____  )
```

**ORDER OF DISMISSAL**

GORTON, District Judge

    In accordance with the Memorandum and Order dated February 21, 2005 dismissing this action for the reasons stated therein, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED without prejudice in its entirety.


                                                              BY THE COURT,

                                                              /s/ Craig Nicewicz
                                                    Deputy Clerk

Dated: February 21, 2005