**UNITED STATES' DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| AZUBUKO ) | CIVIL ACTION NUMBER: |
| Plaintiff ) | 04-CV- 12690-NMG |
| ) | |
| v. ) | |
| ) | |
| THE EDUCATION RESOURSE INST. - ) | |
| Defendant ) | |

## CASE'S STATUS

The Plaintiff was terribly sorry for the obvious inconvenience he originated vis-à-vis the subject matter. That was a baptismal or first inquiry the Plaintiff had made on the case, by and large. Could the Court assuage the concern?

## CONCLUSION

The Plaintiff would appreciate it if the Court would find time to educate him on the head promptly. Reticence never augured well for mankind – individually or collectively. Could dialogue prevail?

Respectfully submitted from Boston – Massachusetts on Saturday – August 27th – 2005.

CHUKWUMA E. AZUBUKO
Pro Se,
P. O. Box 1351,
Boston – MA 02117-1351.
Telephone: (617) 265 6291