UNITED STATES' DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NUMBER: 04-12690-NMG

AZUBUKO –
    Plaintiff

v.

THE EDUCATIONAL RESOURCES INSTITUTE, ET AL.,
    Defendant

PLAINTIFF'S SECOND CASE'S STATUS

The first action in keeping with the head was dated August 27th – 2005. Hitherto, the Plaintiff had not heard from the Court. The Plaintiff was not insensitive of the Court's overwhelming daily schedule. Nonetheless, the Plaintiff effusively prayed the Court to oblige him sooner. As had been known, "A wise wo/man should not allow the grass to grow/ing under her/his feet," at all material times.

Respectfully submitted on Monday – January 23rd – 2006.

CHUKWUMA E. AZUBUKO,
Pro Se,
P. O. Box 1351,
Boston – MA 02117-1351.
Telephone: (617) 265 6291.

CERTIFICATE OF SERVICE

The Plaintiff did not serve the Defendant with the head to avoid legal ingratiation.

CHUKWUMA E. AZUBUKO,
Pro Se.